```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL H. CABRERA
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,       )  2:05-CR-05-0347 GGH
                                    )
10               Plaintiff,         )
                                    )  STIPULATION AND [PROPOSED] ORDER
11       v.                         )
                                    )
12  PAUL H. CABRERA,                )  Date:  January 30, 2006
                                    )  Time:  2:00 a.m.
13               Defendant.         )  Judge: Hon. Gregory G. Hollows
                                    )
14  _____  )
```

        IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, PAUL H. CABRERA, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for January 17, 2006 at 9:00 a.m., be reset for January 30, 2006 at 2:00 p.m., and that the jury trial set for January 30, 2006, be rescheduled for February 14, 2006, at 9:00 a.m.

        This continuance is being requested because the parties need more time to prepare. Defense counsel needs time to interview witnesses and conduct further investigation regarding possible defenses. Also, more time is needed to further negotiate a resolution. Speedy trial time is excluded from the date of this order through the date of the jury trial set on February 13, 2006, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4). The interest in giving

1  counsel more time to prepare outweighs the public interest in having a
2  trial in seventy days.
3
4  Dated: January 13, 2006
                                    Respectfully submitted,
5
                                    DENNIS S. WAKS
                                    Acting Federal Defender
6
                                    /s/ Livia R. Morales
7
                                    _____
                                    LIVIA R. MORALES
8                                   Staff Attorney
                                    Attorney for Defendant
9                                   PAUL H. CABRERA

10 DATED: January 13, 2006
                                    McGREGOR SCOTT
11                                  United States Attorney

12                                  Matthew C. Stegman

13                                  _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney
14

15
                              O R D E R
16
       IT IS SO ORDERED.
17

18 Dated: Jan. 19_____, 2006
19
                                    /s/ Gregory G. Hollows
20                                  GREGORY G. HOLLOWS
                                    _____
21                                  HON. GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

STIPULATION AND ORDER/CABRERA                    2